ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
CHRISTINA S. BHIRUD, ESQ.
Nevada Bar No. 11462
AKERMAN SENTERFITT LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:   (702) 634-5000
Facsimile:    (702) 380-8572
Email: ariel.stern@akerman.com
Email: christina.bhirud@akerman.com

*Attorneys for defendants The Bank of New York Mellon Corporation, sued incorrectly as Bank of New York Mellon, Countrywide Securities Corporation, sued incorrectly as Countrywide Securities, and J.P. Morgan Securities LLC, sued incorrectly as Bear, Stearns & Co. Inc. (JP Morgan Chase)*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JUAN C. PINA,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>BANK OF NEW YORK MELLON COUNTRYWIDE SECURITIES & BEAR, STEARNS & CO. INC. (JP MORGAN CHASE)<br><br>　　　　　　　Defendants. | Case No.: 2:13-cv-00444-GMN-VCF<br><br>**CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 19th day of March, 2013 and pursuant to FRCP 5, I deposited for mailing in the U.S. Mail a true and correct copy of the foregoing

/ / /

/ / /

/ / /

{25985003;1}

**MINUTE ORDER IN CHAMBERS [DOCKET #3]**, postage prepaid and addressed to:

JUAN C. PINA
504 North Wallace Drive
Las Vegas, NV 89107

*Pro Se Plaintiff*

/s/ Adam Crawford
An employee of AKERMAN SENTERFITT LLP